# ELLYN I. BANK
**Attorney At Law**
225 Broadway, Suite 715
New York, New York 10007

212-385-1800
FAX 212-566-8165

January 31, 2008

**By Facsimile Transmission**

Honorable Richard J. Sullivan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY, 10007



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/08

Re: *US v. Mendosa, 07 Cr 756*

Dear Judge Sullivan:

I represent the defendant, Cesar Estevez with respect to the above captioned case. I am in receipt of the Government's correspondence of today, January 31, 2008. I write to inform the court of the defense's position with respect to the hearing that is scheduled for February 1, 2008.

Because the Bureau of Prisons has taken this long to bring Mr. Estevez to an outside orthopedist, it is the defense's request that the hearing go forward unless the Bureau of Prisons gives an outside date by which Mr. Estevez will have an MRI.

Respectfully,

Ellyn I. Bank, Esq.
Attorney for Cesar Estevez

cc: AUSA Rua Kelly (via fax: 212-637-1035)

*[Handwritten note:]* The February 1, 2008 hearing is adjourned. The parties are to submit a joint status letter by February 13, 2008 apprising the Court of Mr. Estevez's condition, including whether the MRI has been completed.

SO ORDERED.
Dated: 1/31/08
RICHARD J. SULLIVAN
U.S.D.J.