

LAW OFFICES OF ELLYN BANK DUGOW, PC
d/b/a Ellyn I. Bank
Attorney At Law
225 Broadway, Suite 715
New York, New York 10007

212-385-1800
FAX 212-566-8165

August 19, 2008



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/08

**Via First Class Mail**

Honorable Richard J. Sullivan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY, 10007

Re: <u>US v. Mendosa, 07 Cr 756</u>

Dear Judge Sullivan:

    I represent the defendant, Cesar Estevez with respect to the above captioned case. I am writing to respectfully request a status conference. AUSA Rua Kelly consents to this request.

    There are two reasons for this request:

    1) In my August 13, 2008, meeting with Mr. Estevez he was unhappy with the guideline level in his plea agreement and may wish to make a motion to withdraw his plea, and

    2) although Mr. Estevez filed an appeal with the MCC to receive additional medical treatment, he still has not seen a medical doctor in several months.

    I will be on vacation from August 21, 2008, through September 4, 2008, and begin trial on September 8, 2008 in <u>US v. Pena</u>, 07 Cr 1158 (LBS), SDNY, where I represent the defendant, Raul Pena. Accordingly, I respectfully request the status conference is scheduled for mid-September.

    I thank your Honor for your time and attention to this matter.

*Conference set for September 17, 2008 @ 11AM.*

SO ORDERED
Dated: 8/22/08
RICHARD J. SULLIVAN
U.S.D.J.

1